# IN THE UNITED STATES SOUTHERN DISTRICT COURT
# STATE OF MISSISSIPPI

Mr. Clifton Glass                                                    Plaintiff

VS.                           Cause No. 5:24-CV-00004-DCB-LGI

Pike County Jail,                                                    Defendants
ET AL.

## MOTION FOR APPOINTMENT OF COUNSEL

Pursuant to 28 U.S.C. § 1915(e)(1), Plaintiff Mr. Clifton Glass does respectfully moves this Honorable Court for an order appointing counsel to represent I the Plaintiff in this case and/or cause. In support of this motion, Plaintiff states.

1. Plaintiff is unable to afford counsel, and has requested leave to proceed in forma pauperis.

2. Plaintiff's imprisonment will greatly limit my

Ability to litigate, due to the issues involved in this case and/or cause are complex, and will require significant research and investigation. Plaintiff has limited access to the law library, and also limited knowledge of the law.

3. Plaintiff truthfully states that a trial in this case and/or cause will likely involve conflicting testimony, and counsel would better enable Plaintiff to present evidence and cross examine witnesses.

4. Plaintiff has made repeated efforts to obtain a lawyer. "For The Record", the Plaintiff is in the process of awaiting for the necessary and/or proper legal complaint and/or forms from The Mississippi Bar, so that Plaintiff can assert my rights to file an complaint against my payed Attorney Mr. Steven Harris, whom address is Post Office Box #8333 in Jackson, Ms. 39284, when he (Attorney Mr. Harris) accepted my payments, and breaching his agreement to represent and file, within this the United States

Southern District Court in my behalf and defense for this case and/or cause.

Wherefore, Plaintiff respectfully ask, request, and moves this Honorable Court to appoint counsel for this cause at bar.

Respectfully Submitted,
Mr. Clifton Glass
(Plaintiff)

Verification of Petitioner

I, **Mr. Clifton Glass, MDOC# 247518**, the above Pro Se Petitioner in the foregoing Petition, do hereby affirm and state the following, to-wit:

I.

I am the Petitioner in the foregoing original motion styled as "Motion for Appointment of Counsel."

II.

I have read the foregoing motion and all statements and other readings herein attached are true and correct to the best of my knowledge, information and belief.

III.

I believe that I am entitled to the relief as requested in said motion.

_Clifton Glass_
Petitioner

STATE OF MISSISSIPPI
COUNTY OF __Greene__

PERSONALLY APPEARED BEFORE ME, the undersigned authority in and for said jurisdiction, the within named Petitioner, who, after first being by me duly sworn, stated on oath that the statements set forth in the above and foregoing are true and correct as therein stated.

SWORN TO AND SUBSCRIBED before me, this the __1st__ day of __February, 2024__.

NOTARY PUBLIC

[Notary Seal: MELONIE M. CLARK, ID # 188726, Commission Expires March 11, 2024, Greene County, State of Mississippi]

- 4 of 5 -

## CERTIFICATE OF SERVICE

This is to certify that I have this date, caused to be mailed, via United States Mail, postage pre-paid, a true and correct copy of the above and foregoing Pleading to:

U.S. Southern District Court,
Office Of The Clerk,
701-North Main Street,
Suite-200,
Hattiesburg, Ms. 39401

N/A

N/A

— Personal File Of Mr. Clifton Glass —

SO CERTIFIED, this the __1__ day of __Feb__, 20__24__.

Mr. Clifton Glass
Petitioner
__247518__
MDOC #
South Mississippi Correctional Institution
Address
Area-3, C-Zone, Bed #37
Address
Post Office Box #1419
Leakesville, Ms. 39451